IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-456-KS

| | |
|---|---|
| LISA GAIL BISHOP, <br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br> Defendant. | ORDER |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel does not object to Defendant's Motion for Remand.

For good cause shown and there being no objection, the Court GRANTS Defendant's Motion for Remand [DE #19] and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). The case is remanded to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This 14th day of July 2022.

KIMBERLY A. SWANK
United States Magistrate Judge