UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LISA GAIL BISHOP<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | **JUDGMENT**<br><br>Case No. 5:21-CV-456-KS |

### Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Judgment on the pleadings and the Defendant's Motion to Remand.

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Defendant's Motion for Remand [DE-19] and hereby reverses the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g). The case is remanded to the Commissioner for further proceedings.

<u>This judgment filed and entered on **July 14, 2022,**</u> with electronic service upon:

**Lindsay Osterhout,** *Counsel for Plaintiff*
**Amanda Gilman** - *Counsel for Defendant*

                                         **PETER A. MOORE, JR.,**
                                         CLERK, U.S. DISTRICT COURT

DATE: <u>July 14, 2022</u>                            /s/ *Shelia Foell*
                                                   (By): Shelia Foell, Deputy Clerk of Court