IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00456-KS

| | | |
|---|---|---|
| LISA BISHOP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR PAYMENT OF |
| | ) | OF ATTORNEY FEES AND |
| | ) | COSTS UNDER THE |
| KILOLO KIJAKAZI, | ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Karl E. Osterhout, and mailed to his office at Osterhout Berger Disability Law, 521 Cedar Avenue, Ste. 200, Oakmont, PA 15139, in accordance with Plaintiff's assignment to her attorney of the right to payment of attorney's fees under the Equal Access to Justice Act.

    SO ORDERED this 24th day of October 2022.

*Kimberly A. Swank*
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE